*Decisions Per Curiam:*

No. 2963. IN THE MATTER OF THE APPLICATION OF BISHOP TRUST COMPANY, LIMITED, TRUSTEE, TO REGISTER TITLE TO LAND SITUATE AT KALIA, HONOLULU, TERRITORY OF HAWAII. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Masaji Marumoto* for the petition.

No. 2998. WILLIS B. BLACKBURN *v.* VERA T. BLACK-BURN. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Levinson & Cobb* (*William B. Cobb*) for the petition.

No. 2989. JOSEPH RICHARD FRANCONE AND MARION FLORENCE FRANCONE *v.* SAMUEL McCLAY AND ELIZABETH McCLAY. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Heen, Kai, Dodge & Lum* (*Robert G. Dodge*) for the petition.

No. 2973. IN RE TAXES, GAY & ROBINSON, A COPART-NERSHIP. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Rhoda V. Lewis,* Deputy Attorney General, for the petition.

NOVEMBER 15, 1955.

No. 3022. ZENA JACOBSON *v.* JAMES Y. S. YOON AND ALICE YOON. *Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. *Fong, Miho, Choy & Chuck* (*Walter G. Chuck*) for the petition.